IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **CURTIS THORPE** <br> *Plaintiff,* | § <br> § <br> § | |
| v. | § <br> § | CIVIL ACTION NO. 1:23-cv-00407-DAE |
| **AMERICAN ECONOMY INSURANCE COMPANY** <br> *Defendant.* | § <br> § <br> § <br> § | |

### ORDER GRANTING DISMISSAL

The Court, having considered the parties' Joint Stipulation of All Claims with Prejudice, is of the opinion that it should be GRANTED.

It is therefore ORDERED that the parties' Joint Stipulation of Dismissal of All Claims with Prejudice is GRANTED. All claims and all parties in this action are DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorneys' fees. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

SIGNED this 20th day of October, 2023.

United States District Judge